# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re:                              §
                                    §
REESE CUSTOM RESIDENCES, INC.       §     Case No. 08-21144
                                    §
            Debtor(s)               §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on    . The undersigned trustee was appointed on    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]          $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| | | |
|---|---|---|
| Case No: | 08-21144    CAS    Judge: DONALD R. CASSLING | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | REESE CUSTOM RESIDENCES, INC. | Date Filed (f) or Converted (c): 08/12/08 (f) |
| | | 341(a) Meeting Date: 10/31/08 |
| For Period Ending: | 08/12/13 | Claims Bar Date: 03/20/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Office furniture and contents of model home | 58,250.00 | 0.00 | | 20,000.00 | FA |
| 2. REAL PROPERTY | 2,426,947.01 | 0.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT | 721.00 | 0.00 | | 0.00 | FA |
| 4. CHECKING ACCOUNT | 371.00 | 0.00 | | 0.00 | FA |
| 5. CHICAGO TITLE ESCROW ACCOUNTS | 65,084.00 | 0.00 | | 0.00 | FA |
| 6. COMPUTERS FOR COMPANY | 500.00 | 0.00 | | 0.00 | FA |
| 7. CABINETS, CUSTOM DOORS, WINE RACKS | 20,000.00 | 0.00 | | 0.00 | FA |
| 8. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 11.71 | FA |
| 9. INSURANCE REFUND (u) | Unknown | 0.00 | | 470.00 | FA |
| 10. ADVERSARY V WSB | Unknown | 0.00 | | 8,000.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $2,571,873.01 | $0.00 | | $28,481.71 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/10    Current Projected Date of Final Report (TFR): 11/30/12

/s/    BRENDA PORTER HELMS, TRUSTEE
_____    Date: 08/12/13
BRENDA PORTER HELMS, TRUSTEE

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 08-21144 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | REESE CUSTOM RESIDENCES, INC. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******1178  Checking - Non Interest |
| Taxpayer ID No: | *******9096 | | | |
| For Period Ending: | 08/12/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/14/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 11,048.29 | | 11,048.29 |
| 02/15/13 | 010001 | International Sureties Ltd | Bond #016026455 | 2300-000 | | 9.89 | 11,038.40 |
| 04/26/13 | 10 | West Suburban Bank<br>711 S. Meyers Rd<br>Lombard IL 60148 | settlement of adversary | 1241-000 | 8,000.00 | | 19,038.40 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 19,048.29 | 9.89 | 19,038.40 |
| Less:  Bank Transfers/CD's | 11,048.29 | 0.00 | |
| Subtotal | 8,000.00 | 9.89 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 8,000.00 | 9.89 | |

Page Subtotals      19,048.29      9.89

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*        Ver: 17.02e

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 08-21144 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | REESE CUSTOM RESIDENCES, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******7763  Money Market - Interest Bearing |
| Taxpayer ID No: | *******9096 | | | |
| For Period Ending: | 08/12/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/15/09 | 1 | Treasure Hunt | sale of personal property | 1129-000 | 10,000.00 | | 10,000.00 |
| 01/30/09 | 1 | West Suburban Bank<br>Lombard IL 60148 | sale of furnishings | 1129-000 | 10,000.00 | | 20,000.00 |
| 01/30/09 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 20,000.03 |
| 02/06/09 | 000101 | International Sureties Ltd | trustee bond | 2300-000 | | 21.63 | 19,978.40 |
| 02/27/09 | 8 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.14 | | 19,978.54 |
| 03/31/09 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.18 | | 19,978.72 |
| 04/30/09 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.44 | | 19,979.16 |
| 05/29/09 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.51 | | 19,979.67 |
| 06/30/09 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.50 | | 19,980.17 |
| 07/31/09 | 8 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.51 | | 19,980.68 |
| 08/31/09 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.51 | | 19,981.19 |
| 09/08/09 | 000102 | American Auction Associates Inc. | auction fee | 3610-000 | | 2,000.00 | 17,981.19 |
| 09/30/09 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.46 | | 17,981.65 |
| 10/30/09 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.45 | | 17,982.10 |
| 11/30/09 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.45 | | 17,982.55 |
| 12/31/09 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.46 | | 17,983.01 |
| 01/29/10 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.45 | | 17,983.46 |
| 02/26/10 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.41 | | 17,983.87 |
| 03/06/10 | 000103 | International Sureties Ltd<br>701 Polydras St.  #420<br>New Orleans LA 70139 | bond premium | 2300-000 | | 15.27 | 17,968.60 |
| 03/31/10 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.47 | | 17,969.07 |
| 04/30/10 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.44 | | 17,969.51 |
| 05/28/10 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.45 | | 17,969.96 |
| 06/30/10 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.45 | | 17,970.41 |
| 07/30/10 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.45 | | 17,970.86 |
| 08/18/10 | 000104 | Plante Moran | accountant fees | 3410-000 | | 5,044.62 | 12,926.24 |

Page Subtotals    20,007.76    7,081.52

Case 08-21144   Doc 105   Filed 09/12/13   Entered 09/12/13 16:16:11   Desc Main
Document      Page 6 of 12

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 08-21144 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | REESE CUSTOM RESIDENCES, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******7763  Money Market - Interest Bearing |
| Taxpayer ID No: | *******9096 | | | |
| For Period Ending: | 08/12/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/18/10 | 000105 | Plante Moran | accountant expenses | 3420-000 | | 5.38 | 12,920.86 |
| 08/31/10 | 9 | Associated Agencies<br>1701 Golf Road<br>Rolling Meadows IL 60008 | INSURANCE REFUND | 1229-000 | 470.00 | | 13,390.86 |
| 08/31/10 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.45 | | 13,391.31 |
| 09/30/10 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.33 | | 13,391.64 |
| 10/29/10 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.34 | | 13,391.98 |
| 11/30/10 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.33 | | 13,392.31 |
| 12/31/10 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.34 | | 13,392.65 |
| 01/31/11 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.34 | | 13,392.99 |
| 02/19/11 | 000106 | International Sureties<br>701 Polydras St.  #420<br>New Orleans LA 70139 | 2011 - 2012 bond payment | 2300-000 | | 10.19 | 13,382.80 |
| 02/19/11 | 000107 | Department of Treasury | taxes | 2810-000 | | 2,197.01 | 11,185.79 |
| 02/28/11 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.10 | | 11,185.89 |
| 03/31/11 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.10 | | 11,185.99 |
| 04/29/11 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 11,186.08 |
| 05/31/11 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.10 | | 11,186.18 |
| 06/30/11 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 11,186.27 |
| 07/29/11 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 11,186.36 |
| 08/31/11 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.10 | | 11,186.46 |
| 09/30/11 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 11,186.55 |
| 10/31/11 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.10 | | 11,186.65 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 14.25 | 11,172.40 |
| 11/30/11 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 11,172.49 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 13.77 | 11,158.72 |
| 12/30/11 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 11,158.81 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 13.76 | 11,145.05 |
| 01/31/12 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.10 | | 11,145.15 |

Page Subtotals         473.27         2,254.36

UST Form 101-7-TFR (5/1/2011) (Page: 6)
LFORM24
Ver: 17.02e

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit B

| Case No: | 08-21144 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | REESE CUSTOM RESIDENCES, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******7763  Money Market - Interest Bearing |
| Taxpayer ID No: | *******9096 | | | |
| For Period Ending: | 08/12/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 14.62 | 11,130.53 |
| 02/29/12 | 8 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 11,130.62 |
| 02/29/12 | 000108 | Intrenational Sureties Ltd. | Trustee bond | 2300-000 | | 14.73 | 11,115.89 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 13.23 | 11,102.66 |
| 03/30/12 | 8 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 11,102.75 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 13.65 | 11,089.10 |
| 04/30/12 | 8 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 11,089.19 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 14.09 | 11,075.10 |
| 05/31/12 | 8 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 11,075.19 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 14.07 | 11,061.12 |
| 06/29/12 | 8 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 11,061.21 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 13.15 | 11,048.06 |
| 07/31/12 | 8 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 11,048.16 |
| 08/31/12 | 8 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 11,048.25 |
| 09/14/12 | 8 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.04 | | 11,048.29 |
| 09/14/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 11,048.29 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 20,481.71 | 20,481.71 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 11,048.29 | |
| Subtotal | 20,481.71 | 9,433.42 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 20,481.71 | 9,433.42 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking - Non Interest - ********1178 | 8,000.00 | 9.89 | 19,038.40 |
| Money Market - Interest Bearing - ********7763 | 20,481.71 | 9,433.42 | 0.00 |
| | 28,481.71 | 9,443.31 | 19,038.40 |
| | (Excludes Account | (Excludes Payments | Total Funds |

Page Subtotals       0.68       11,145.83

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5
Exhibit B

| Case No: | 08-21144 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | REESE CUSTOM RESIDENCES, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******7763  Money Market - Interest Bearing |
| Taxpayer ID No: | *******9096 | | |
| For Period Ending: | 08/12/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking - Non Interest - ********1178                         Transfers)                    To Debtors)                    On Hand
Money Market - Interest Bearing - ********7763

    /s/    BRENDA PORTER HELMS, TRUSTEE
Trustee's Signature: _____ Date: 08/12/13
                     BRENDA PORTER HELMS, TRUSTEE

Page Subtotals                        0.00                 0.00

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-21144
Case Name: REESE CUSTOM RESIDENCES, INC.
Trustee Name: BRENDA PORTER HELMS, TRUSTEE

Balance on hand                                                                   $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ | $ | $ |
| Trustee Expenses: BRENDA PORTER HELMS, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Fees: Myler Ruddy & McTavish | $ | $ | $ |
| Accountant for Trustee Fees: Alan D. Lasko & Associates, P.C. | $ | $ | $ |
| Other: International Sureties | $ | $ | $ |
| Other: MYLER RUDDY & MCTAVISH | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses      $_____
Remaining Balance                                                                   $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | ComEd Company | $ | $ | $ |
| 000002 | U. S. Recycling and Disposal, LLC | $ | $ | $ |
| 000003 | Kevin and Cathleen O'Brien | $ | $ | $ |
| 000005 | Construction Detailers Inc. | $ | $ | $ |
| 000006 | Top Resources, Inc. | $ | $ | $ |
| 000007 | Its Inc | $ | $ | $ |
| 000008 | Wall-Tech Siding | $ | $ | $ |
| 000009 | PFC Painting Company | $ | $ | $ |
| 000010 | SCHAAF WINDOW CO INC | $ | $ | $ |
| 000012 | Floor Covering Associates | $ | $ | $ |
| 000013 | Bulldog Disposal Inc. | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000014 | Key Equipment Finance Inc. | $ | $ | $ |
| 000016 | VERIZON WIRELESS | $ | $ | $ |
| 000019 | Plante & Moran PLLC | $ | $ | $ |
| 000021 | Chicago Title Insurance Company | $ | $ | $ |
| 000022 | Lauren Debenedictis & Christine Arnold | $ | $ | $ |
| 000023 | Charles & Jodie Borman | $ | $ | $ |
| 000024 | John McMahon | $ | $ | $ |
| 000025 | Recovery Management Systems Corporation | $ | $ | $ |

    Total to be paid to timely general unsecured creditors    $_____

    Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE