UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re: §
 §
REESE CUSTOM RESIDENCES, INC. § Case No. 08-21144
 §
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
 CLERK  OF THE COURT
 219 s. DEARBORN STREET
 CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 10/18/2013 in Courtroom 4016,
 Henry Hyde Judicial Office Facility
 505 N. County Farm Road
 Wheaton IL 60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/12/2013                By: CLERK  OF THE COURT

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
REESE CUSTOM RESIDENCES, INC. §    Case No. 08-21144
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 28,481.71 |
| and approved disbursements of | $ | 9,443.31 |
| leaving a balance on hand of[1] | $ | 19,038.40 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 3,598.17 | $ 0.00 | $ 3,598.17 |
| Trustee Expenses: BRENDA PORTER HELMS, TRUSTEE | $ 42.24 | $ 0.00 | $ 42.24 |
| Attorney for Trustee Fees: Myler Ruddy & McTavish | $ 2,236.70 | $ 0.00 | $ 2,236.70 |
| Accountant for Trustee Fees: Alan D. Lasko & Associates, P.C. | $ 1,680.50 | $ 0.00 | $ 1,680.50 |
| Auctioneer Expenses: American Auction Associates | $ 2,000.00 | $ 2,000.00 | $ 0.00 |
| Other: International Sureties | $ 34.81 | $ 34.81 | $ 0.00 |
| Other: MYLER RUDDY & MCTAVISH | $ 247.08 | $ 0.00 | $ 247.08 |
| Other: Plante Moran | $ 5,044.62 | $ 5,044.62 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: Plante Moran | $ 5.38 | $ 5.38 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 7,804.69 |
| Remaining Balance | $ 11,233.71 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,141,076.22 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | ComEd Company | $ 620.65 | $ 0.00 | $ 6.11 |
| 000002 | U. S. Recycling and Disposal, LLC | $ 3,240.00 | $ 0.00 | $ 31.90 |
| 000003 | Kevin and Cathleen O'Brien | $ 144,500.00 | $ 0.00 | $ 1,422.58 |
| 000005 | Construction Detailers Inc. | $ 4,495.00 | $ 0.00 | $ 44.25 |
| 000006 | Top Resources, Inc. | $ 15,935.00 | $ 0.00 | $ 156.88 |
| 000007 | Its Inc | $ 229.90 | $ 0.00 | $ 2.26 |
| 000008 | Wall-Tech Siding | $ 13,201.00 | $ 0.00 | $ 129.96 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | PFC Painting Company | $ 28,904.00 | $ 0.00 | $ 284.56 |
| 000010 | SCHAAF WINDOW CO INC | $ 48,795.83 | $ 0.00 | $ 480.39 |
| 000012 | Floor Covering Associates | $ 74,171.07 | $ 0.00 | $ 730.20 |
| 000013 | Bulldog Disposal Inc. | $ 2,015.00 | $ 0.00 | $ 19.84 |
| 000014 | Key Equipment Finance Inc. | $ 14,288.58 | $ 0.00 | $ 140.67 |
| 000016 | VERIZON WIRELESS | $ 684.45 | $ 0.00 | $ 6.74 |
| 000019 | Plante & Moran PLLC | $ 5,432.82 | $ 0.00 | $ 53.48 |
| 000021 | Chicago Title Insurance Company | $ 392,132.88 | $ 0.00 | $ 3,860.48 |
| 000022 | Lauren Debenedictis & Christine Arnold | $ 256,441.63 | $ 0.00 | $ 2,524.63 |
| 000023 | Charles & Jodie Borman | $ 101,406.05 | $ 0.00 | $ 998.33 |
| 000024 | John McMahon | $ 34,285.20 | $ 0.00 | $ 337.53 |
| 000025 | Recovery Management Systems Corporation | $ 297.16 | $ 0.00 | $ 2.92 |

Total to be paid to timely general unsecured creditors     $     11,233.71

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Brenda Porter Helms
Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 08-21144-DRC
Reese Custom Residences, Inc.                                         Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: tmaurer              Page 1 of 3              Date Rcvd: Sep 13, 2013
                              Form ID: pdf006            Total Noticed: 90

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2013.
```
db           +Reese Custom Residences, Inc.,    POB 218,    Batavia, IL 60510-0218
aty         #+Richard G Larsen,    Myler Ruddy & McTavish,    105 East Galena Blvd 8th Flr,
               Aurora, IL 60505-3357
aty          +The Helms Law Firm Pc,    The Helms Law Firm Pc,    3400 W Lawarence Ave,    Chicago, IL 60625-5104
12620494      AT&T,   Bill Payment Center,     Chicago, IL 60663
12620491     +Anthony Boose,    4743 Sassafras Ln.,    Naperville, IL 60564-1120
12620493     +Associated Agencies Inc.,    1701 Golf Road,    Tower 37th Floor,    Rolling Meadows, IL 60008-4227
12620495      Bestler Corp,   c/o Voss, Michaels, Lee & Assoc,     P.O. Box 1829,    Holland, MI 49422-1829
12620496    #+Bradley Enterprises Inc.,    4050 A Wolfs Crossing,     Oswego, IL 60543-9621
12620497      Brestler Corp,   c/o Voss, Michaels, Lee & Assoc,     P.O. Box 1829,    Holland, MI 49422-1829
12620498     +Brestler Plumbing,    246 Keves Avenue,    Hampshire, IL 60140-9444
12620499     +Bryan Moss,    664 Lusted Lane,    Batavia, IL 60510-1988
12620500     +Bulldog Disposal Inc.,    6530 Minkler Rd,    Yorkville, IL 60560-9398
12620502     +Chandra Passad,    4756 Sassafras Lane,    Naperville, IL 60564-1119
13662449      Charles & Jodie Borman,    3687 Heathmoor Drive,    Elgin IL 60124-7895
12620503     +Chicago Title Insurance Company,     attn: Patrick Cohoon,    14680 W Dodge Road Suite 2,
               Omaha, NE 68154-2078
12620504     +Chuck Borman,    3687 Heathmoor dr.,    Elgin, IL 60124-7895
12620507     +Coleman Custom Closets,    P.O. Box 547,    Geneva, IL 60134-0547
12620509      Comcast,   P.O. Box 173885,     Denver, CO 80217-3885
12620510      Comcast Cable,    P.O. Box 3002,    Southeastern, PA 19398-3002
12620511     +Construction Detailers Inc.,     36 W 315 Barton Dr,    Saint Charles, IL 60175-6311
12620512     +Creative Millwork LLC,    3700 Illinois Avenue,    Saint Charles, IL 60174-2421
12620514    #+D & H Energy Management LLC,     11410 Kruetzer Road,    Huntley, IL 60142-8094
12620517      DJK Construciton Inc.,    P.O. Box 218,    Batavia, IL 60510-0218
12620518     +DJK Construction,    2707 San Luis,    Naperville, IL 60565-5330
12620516     +Deen Collins,    5N248 Prairie Lakes Blvd.,    Saint Charles, IL 60175-7941
12620519     +Doors By Russ,    11941 Aero Drive,    Plainfield, IL 60585-9757
12620520     +F.E. Wheaton & Co. Inc,    P.O. Box 459,    Yorkville, IL 60560-0459
12620521     +Floor Covering Associates,    of Naperville Inc,    2852 W. Ogden Ave,    Naperville, IL 60540-9110
12620522      Gallena Lighting Inc.,    760 South Rt59 #104,    Riverside, IL 60546
12620523     +Greg Worley,    4043 Juneberry Lan.,    Naperville, IL 60564-7153
12620524     +Highland Woods HOA,    P.O. Box 9189,    Aurora, IL 60598-9189
12620525     +Holhard Construction,    7020 DuPage Drive,    Woodridge, IL 60517-1517
12620527     +Home Tech Management,    1212 C Badger St.,    Yorkville, IL 60560-1701
12620526     +Home Tech dba ATS Reside,    dba ATS Residence,    1212 C Badger St,    Yorkville, IL 60560-1701
12620529     +I&A Excavating,    670 Pine St,    Batavia, IL 60510-3234
12620530     +Its Inc,    1555 Naperville/Wheaton Rd,    Suite 107,    Naperville, IL 60563-1562
12620531     +J.R.B. Inc,    3700 Illinois Ave,    Saint Charles, IL 60174-2421
12620532     +James Stump,    1455 Radcliff Lane,    Aurora, IL 60502-1360
12620533      John McMahon,    4N906 Prairie Lakes Blvd.,    Saint Charles, IL 60175
12891268     +Kevin and Cathleen O'Brien,     c/o Patrick A. Clisham,    Shaw Gussis, et al.,
               321 N. Clark St., Suite 800,    Chicago, IL 60654-4766
12620535     +Key Equipment Leasing,    1000 S. McCaslin Blvd.,    Louisville, CO 80027-9437
12620536     +Keystone Inc.,    310 Wainwright Drive,    Northbrook, IL 60062-1911
12620537     +Kornel Balon,    1014 Schonback Ct.,    Batavia, IL 60510-2878
12620538     +Kraft Custom Design,    22032 S Howell Dr,    New Lenox, IL 60451-3708
12620539     +Kwik Copy Printing,    969 N Farnsworth Ave,    Aurora, IL 60505-2055
12620540     +Laura DeBendictus /Christy Arnold,     5 N 238 Prairie Lakes Blvd.,    Saint Charles, IL 60175-7941
13662097     +Lauren Debenedictis & Christine Arnold,     5N238 Prairie Lakes Blvd,    Saint Charles IL 60175-7941
12620541     +Lewis Bowman,    918 Lusted Lane,    Batavia, IL 60510-2796
12620542     +Liberty Fire Protection Systems,     4 N 949 Old LaFox Rd,    Unit B,    Saint Charles, IL 60175-7868
12620544     +MC Construction,    825 Queensgate Circle,    Sugar Grove, IL 60554-9215
12620543     +Mark Neibech,    1633 Barkei Dr.,    Batavia, IL 60510-8305
12620547     +PFC Painting Company,    P.O. Box 334,    Waterman, IL 60556-0334
12620546     +Paul Pacocha,    4776 Snapjack Cir.,    Naperville, IL 60564-5381
12620548     +Phil Keiken,    2626 Lusted Lane,    Batavia, IL 60510-2876
12620549     +Pingree LLC,    1751A West Diehl,    Naperville, IL 60563-1885
13646866     +Plante & Moran PLLC,    26300 Northwestern Hwy Ste 120,     Southfield MI 48076-3750
12620550      Plante & Moran PLLC,    P.O. Box 79001,    Detroit, MI 48279-2003
12620551     +R&J Electrical Cont,    P.O. Box 782,    Hinckley, IL 60520-0782
13653912     +R&J Electrical Contractors, Inc.,     c/o Kenneth Mastny,    Berglund & Mastny, P.C.,
               1010 Jorie Blvd. Suite 370,    Oak Brook, IL 60523-4467
12870285     +Reese custom Residences Inc,    U. S. Recycling and Disposal, LLC,    1701 E Lake Avenue Suite 170,
               Glenview IL 60025-2085
12620552     +Rick Cuthbertson,    48 Normandy Dr.,    Addison, IL 60101-3916
12620554      Rogers Flooring,    27 W 743 St. Charles rd.,    West Chicago, IL 60185
14358500     +Rogers Flooring Inc,    Esp, Kreuzer, Cores & McLaughlin, LLP,    400 S. County Farm Rd., Suite 200,
               Wheaton, IL 60187-4547
12620555     +Romar Cabinet and Top Company Inc.,     c/o Cortina & Mueller PC,    124 W Washington Street,
               Morris, IL 60450-2145
13497552     +SCHAAF WINDOW CO INC,    ATTN JOHN D DIECK CPA CONTR,     18445 THOMPSON COURT,
               TINLEY PARK, IL 60477-6743
12620556     +Sam Derr,    5419 Switch Grass Lane,    Naperville, IL 60564-4965
```

```
District/off: 0752-1          User: tmaurer              Page 2 of 3               Date Rcvd: Sep 13, 2013
                              Form ID: pdf006            Total Noticed: 90

12620557      Sam's Club Credit (GE Money Bank),   c/o Encore Receivable,    400 N. Rodgers Rd P.O. Box 3330,
               Olathe, KS 66063-3330
12620558     +Schaaf Windows,   c/o Hoogendoorn & Talbot LLP,    122 S. Michigan Ave #1220,
               Chicago, IL 60603-6263
12620559     +Scott Mills,   442 Alberosky Way,   Batavia, IL 60510-2880
12620560     +Seamless Gutter Corp,   601 E St. Charles Rd,   Lombard, IL 60148-2099
12620561     +Shane's Office Supply,   2717 Curtiss Street,   Downers Grove, IL 60515-4002
12620562     +Step 1 Stairworks, Inc.,   201 N. Somonauk Road,   Hinckley, IL 60520-6254
12620563     +Sterling Steel & Crane Service,   10S373 Normantown Road,   Naperville, IL 60564-8271
12620565     +The Chapman Company,   30 W 270 Butterfield Rd,   Warrenville, IL 60555-1570
12620566      The Clay Companies, Inc.,   dba Raise-Rite Concrete Lifting,    195 Hehoe Blvd. Unit 5,
               Carol Stream, IL 60188
12620567      The Home Depot CRC/GECF,   P.O. Box 6031,   The Lakes, NV 88901-6031
12620568     +Top Resources,   c/o O'Brien Law Offices, P.C.,    124A S. County Farm Rd,
               Wheaton, IL 60187-4596
13023850     +Top Resources, Inc.,   c/o Michael A. O'Brien,   124A South County Farm Road,
               Wheaton, IL 60187-4596,   630-871-9400
12620570      US Recycling & Disposal LLC,   12152 S. Plainfield/Naperville Rd,   Plainfield, IL 60544
13644880    #+VERIZON WIRELESS,   PO BOX 3397,   BLOOMINGTON IL 61702-3397
12620571     +Verizon Wireless,   1515 Woodfield Road,   Suite 1400,   Schaumburg, IL 60173-5443
12620573     +West Suburban Bank,   711 S. Westmore,   Lombard, IL 60148-3770
12620574     +Western DuPage Landscaping, Inc.,   31 W 478 Diehl Road,   Naperville, IL 60563-9620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
12620505      E-mail/Text: nawrocki_d@cityofelgin.org Sep 14 2013 00:05:25     City of Elgin,
               150 Dexter Court,   Elgin, IL 60120-5555
12620508      E-mail/Text: legalcollections@comed.com Sep 14 2013 00:00:13     Com Ed,   Bill Payment Center,
               Chicago, IL 60668-0001
12833866     +E-mail/Text: legalcollections@comed.com Sep 14 2013 00:00:13     ComEd Company,
               Bankruptcy Sec/Rev Mgmt,   2100 Swift Drive,   Oak Brook IL 60523-1559
13608811     +E-mail/Text: rita.robles@key.com Sep 14 2013 00:02:20     Key Equipment Finance Inc.,
               1000 S. McCaslin Blvd.,   Superior, CO 80027-9437
12620545      E-mail/Text: bankrup@aglresources.com Sep 13 2013 23:56:48     Nicor,   P.O. Box 416,
               Aurora, IL 60568-0001
20706908      E-mail/PDF: rmscedi@recoverycorp.com Sep 14 2013 00:07:23
               Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
13668430     +E-mail/PDF: rmscedi@recoverycorp.com Sep 14 2013 00:12:21
               Recovery Management Systems Corporation,   For GE Money Bank,   dba SAM'S CLUB BRC,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13646587*     MC Construction,   825 Queensgate Circle,   Sugar Grove IL 60554-9215
12620490    ##+A.C. Drywall,   150 Younds Ave,   Joliet, IL 60432-2966
12620492    ##+Ashwood Home Owners Assoc,   3380 lacrosse Lane Suite 100,   Naperville, IL 60564-8136
12620513    ##+CSS - Contractors Serv & Supplies,   2115 West Diehl ROad,   Naperville, IL 60563-2359
12620501    ##+Cathy and Kevin O'Brien,   328 Emerald Dr,   Streamwood, IL 60107-1269
12620506    ##+Clarence Nunn,   5N 162 Prairie Lakes Blvd,   Saint Charles, IL 60175-7940
12620515    ##+David Coluzzi,   939 Lusted Lane,   Batavia, IL 60510-2783
12620528    ##+Hopper Inc.,   1131 Douglass Rd.,   Batavia, IL 60510-2283
12620534    ##+Kevin Knecht,   2568 Kane Lane,   Batavia, IL 60510-8983
12620553    ##+Roake & Associates, Inc.,   1887 High Grove Lane,   Naperville, IL 60540-3931
12620564    ##+Steve King,   2 N 015 Saddlewood Dr.,   Maple Park, IL 60151-8590
12620569    ##+United Construction Products, Inc.,   1700 Quincy Avenue,   Naperville, IL 60540-4185
13062621    ##+Wall Tech Siding, Inc.,   43W414 Hawkeye Drive,   Elburn, Illinois 60119-9311
12620572    ##+Wall-Tech Siding,   43 W 414 Hawkeye Drive,   Elburn, IL 60119-9311
13674586    ##+West Suburban Bank,   c/o Mark F. Kalina, Esq.,   100 W. Roosevelt Road, A-1,
               Wheaton, IL 60187-5260
                                                                                TOTALS: 0, * 1, ## 14
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: tmaurer              Page 3 of 3                  Date Rcvd: Sep 13, 2013
                              Form ID: pdf006            Total Noticed: 90
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2013                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2013 at the address(es) listed below:
              Angela M Fillenwarth    on behalf of Creditor    Romar Cabinet and Top Company, Inc.
               amf.boggslaw@att.net
              Brenda Porter Helms, ESQ    brenda.helms@albanybank.com,   bhelms@ecf.epiqsystems.com
              Brenda Porter Helms, ESQ    on behalf of Trustee Brenda Porter Helms, ESQ
               brenda.helms@albanybank.com,   bhelms@ecf.epiqsystems.com
              Kenneth M Mastny    on behalf of Creditor    R&J Electrical Contractors, Inc. ken.mastny@gmail.com,
               berglundniew@aol.com
              Kevin M Lyons    on behalf of Creditor    Creative Millwork LLC & JRB Builders, Inc.
               kevinl@rglawfirm.com
              Mark J. Carroll    on behalf of Creditor    West Suburban Bank carrollmark@ameritech.net
              Mark J. Carroll    on behalf of Defendant    West Suburban Bank carrollmark@ameritech.net
              Michael J. Davis    on behalf of Debtor    Reese Custom Residences, Inc. mdavis@archerbay.com,
               davislaw80@gmail.com
              Patrick A Clisham    on behalf of Creditor Kevin M. O'Brien patrickclisham@hotmail.com
              Patrick A Clisham    on behalf of Creditor Cathleen M. O'Brien patrickclisham@hotmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard A. Saldinger    on behalf of Creditor Kevin M. O'Brien rsaldinger@shawfishman.com,
               msalazar@shawfishman.com
              Richard A. Saldinger    on behalf of Creditor Cathleen M. O'Brien rsaldinger@shawfishman.com,
               msalazar@shawfishman.com
              Richard G Larsen    on behalf of Trustee Brenda Porter Helms, ESQ rlarsen@kleinstoddard.com,
               vmaurer@kleinstoddard.com
              Richard G Larsen    on behalf of Plaintiff Brenda Porter Helms rglarsen@mrmlaw.com,
               vmaurer@kleinstoddard.com
              Richard G Larsen    on behalf of Petitioning Creditor    Wall Tech Siding, Inc
               rlarsen@kleinstoddard.com,   vmaurer@kleinstoddard.com
              Richard G Larsen    on behalf of Petitioning Creditor    FCA of Naperville Inc
               rlarsen@kleinstoddard.com,   vmaurer@kleinstoddard.com
              Richard G Larsen    on behalf of Petitioning Creditor    PFC Painting Company
               rlarsen@kleinstoddard.com,   vmaurer@kleinstoddard.com
              Sarah L Poeppel    on behalf of Creditor    DJK Construction, Inc. slpoeppelbk@sbcglobal.net
                                                                                             TOTAL: 19
```