# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| REESE CUSTOM RESIDENCES, INC. | § | Case No. 08-21144 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:
*(Without deducting any secured claims)*

Assets Exempt:

Total Distributions to Claimants:

Claims Discharged
Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $                 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on         .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/BRENDA PORTER HELMS, TRUSTEE _____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bestler Corp c/o Voss, Michaels, Lee & Assoc P.O. Box 1829 Holland, MI 49422-1829 | | | | | |
| | DJK Construciton Inc. P.O. Box 218 Batavia, IL 60510-0218 | | | | | |
| | Doors By Russ 11941 Aero Drive Plainfield, IL 60544 | | | | | |
| | F.E. Wheaton & Co. Inc P.O. Box 459 Yorkville, IL 60560 | | | | | |
| | F.E. Wheaton & Co. Inc P.O. Box 459 Yorkville, IL 60560 | | | | | |
| | Holhard Construction 7020 DuPage Drive Woodridge, IL 60517 | | | | | |
| | Home Tech Management 1212 C Badger St. Yorkville, IL 60560 | | | | | |
| | MC Construction 825 Queensgate Circle Sugar Grove, IL 60554 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MC Construction 825 Queensgate Circle Sugar Grove, IL 60554 | | | | | |
| | Schaaf Windows c/o Hoogendoorn & Talbot LLP 122 S. Michigan Ave #1220 Chicago, IL 60603 | | | | | |
| | Schaaf Windows c/o Hoogendoorn & Talbot LLP 122 S. Michigan Ave #1220 Chicago, IL 60603 | | | | | |
| | Sterling Steel & Crane Service 10S373 Normantown Road Naperville, IL 60564 | | | | | |
| | Wall-Tech Siding 43 W 414 Hawkeye Drive Elburn, IL 60119 | | | | | |
| | West Suburban Bank 711 S. Westmore Lombard, IL 60148 | | | | | |
| | West Suburban Bank 711 S. Westmore Lombard, IL 60148 | | | | | |
| | West Suburban Bank 711 S. Westmore Lombard, IL 60148 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | West Suburban Bank 711 S. Westmore Lombard, IL 60148 | | | | | |
| | West Suburban Bank 711 S. Westmore Lombard, IL 60148 | | | | | |
| | West Suburban Bank 711 S. Westmore Lombard, IL 60148 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRENDA PORTER HELMS, TRUSTEE | | | | | |
| BRENDA PORTER HELMS, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES LTD | | | | | |
| INTERNATIONAL SURETIES LTD | | | | | |
| SURETIES, INTERNATIONAL | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| DEPARTMENT OF TREASURY | | | | | |
| MYLER RUDDY & MCTAVISH | | | | | |
| MYLER RUDDY & MCTAVISH | | | | | |
| ALAN D.  LASKO & ASSOCIATES, P.C. | | | | | |
| MORAN, PLANTE | | | | | |
| MORAN, PLANTE | | | | | |
| AMERICAN AUCTION ASSOCIATES | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A.C. Drywall 150 Younds Ave Joliet, IL 60432 | | | | | |
| | AT&T Bill Payment Center Chicago, IL 60663 | | | | | |
| | Ashwood Home Owners Assoc 3380 lacrosse Lane Suite 100 Naperville, IL 60564 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Associated Agencies Inc. 1701 Golf Road Tower 37th Floor Rolling Meadows, IL 60008-4267 | | | | | |
| | Bradley Enterprises Inc. 4050 A Wolfs Crossing Oswego, IL 60543 | | | | | |
| | Brestler Corp c/o Voss, Michaels, Lee & Assoc P.O. Box 1829 Holland, MI 49422-1829 | | | | | |
| | CSS - Contractors Serv & Supplies 2115 West Diehl ROad Naperville, IL 60563 | | | | | |
| | City of Elgin 150 Dexter Court Elgin, IL 60120-5555 | | | | | |
| | Coleman Custom Closets P.O. Box 547 Geneva, IL 60134 | | | | | |
| | Comcast P.O. Box 173885 Denver, CO 80217-3885 | | | | | |
| | Creative Millwork LLC 3700 Illinois Avenue Saint Charles, IL 60174 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | D & H Energy Management LLC 11410 Kruetzer Road Huntley, IL 60142 | | | | | |
| | DJK Construciton Inc. P.O. Box 218 Batavia, IL 60510-0218 | | | | | |
| | Doors By Russ 11941 Aero Drive Plainfield, IL 60544 | | | | | |
| | Gallena Lighting Inc. 760 South Rt59 #104 Riverside, IL 60546 | | | | | |
| | Highland Woods HOA P.O. Box 9189 Aurora, IL 60598 | | | | | |
| | Home Tech dba ATS Reside dba ATS Residence 1212 C Badger St Yorkville, IL 60560 | | | | | |
| | Hopper Inc. 1131 Douglass Rd. Batavia, IL 60510 | | | | | |
| | I&A Excavating 670 Pine St Batavia, IL 60510 | | | | | |
| | J.R.B. Inc 3700 Illinois Ave Saint Charles, IL 60174 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | James Stump 1455 Radcliff Lane Aurora, IL 60502 | | | | | |
| | Keystone Inc. 310 Wainwright Drive Northbrook, IL 60062 | | | | | |
| | Kraft Custom Design 22032 S Howell Dr New Lenox, IL 60451 | | | | | |
| | Kwik Copy Printing 969 N Farnsworth Ave Aurora, IL 60505 | | | | | |
| | Liberty Fire Protection Systems 4 N 949 Old LaFox Rd Unit B Saint Charles, IL 60175 | | | | | |
| | Nicor PO Box 310 Aurora, IL 60507 | | | | | |
| | Paul Pacocha 4776 Snapjack Cir. Naperville, IL 60564 | | | | | |
| | Pingree LLC 1751A West Diehl Naperville, IL 60563 | | | | | |
| | R&J Electrical Cont P.O. Box 782 Hinckley, IL 60520 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rick Cuthbertson 48 Normandy Dr. Addison, IL 60101 | | | | | |
| | Roake & Associates, Inc. 1887 High Grove Lane Naperville, IL 60540 | | | | | |
| | Rogers Flooring 27 W 743 St. Charles rd. West Chicago, IL 60185 | | | | | |
| | Romar Cabinet and Top Company Inc. 23949 S. Northern Illinois Dr. Channahon, IL 60410 | | | | | |
| | Seamless Gutter Corp 601 E St. Charles Rd Lombard, IL 60148 | | | | | |
| | Shane's Office Supply 2717 Curtiss Street Downers Grove, IL 60515 | | | | | |
| | Step 1 Stairworks, Inc. 201 N. Somonauk Road Hinckley, IL 60520 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Steve King 2 N 015 Saddlewood Dr. Maple Park, IL 60151 | | | | | |
| | The Chapman Company 30 W 270 Butterfield Rd Warrenville, IL 60555 | | | | | |
| | The Clay Companies, Inc. dba Raise-Rite Concrete Lifting 195 Hehoe Blvd. Unit 5 Carol Stream, IL 60188 | | | | | |
| | The Home Depot CRC/GECF P.O. Box 6031 The Lakes, NV 88901-6031 | | | | | |
| | United Construction Products, Inc. 1700 Quincy Avenue Naperville, IL 60540 | | | | | |
| | Western DuPage Landscaping, Inc. 31 W 478 Diehl Road Naperville, IL 60563 | | | | | |
| 000013 | BULLDOG DISPOSAL INC. | | | | | |
| 000023 | CHARLES & JODIE BORMAN | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000021 | CHICAGO TITLE INSURANCE COMPANY | | | | | |
| 000001 | COMED COMPANY | | | | | |
| 000005 | CONSTRUCTION DETAILERS INC. | | | | | |
| 000012 | FLOOR COVERING ASSOCIATES | | | | | |
| 000007 | ITS INC | | | | | |
| 000024 | JOHN MCMAHON | | | | | |
| 000003 | KEVIN AND CATHLEEN O'BRIEN | | | | | |
| 000014 | KEY EQUIPMENT FINANCE INC. | | | | | |
| 000022 | LAUREN DEBENEDICTIS & CHRISTINE ARN | | | | | |
| 000019 | PLANTE & MORAN PLLC | | | | | |
| 000025 | RECOVERY MANAGEMENT SYSTEMS CORPORA | | | | | |
| 000010 | SCHAAF WINDOW CO INC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | TOP RESOURCES, INC. | | | | | |
| | UNITED STATES BANKRUPTCY COUIRT | | | | | |
| | UNITED STATES BANKRUPTCY COURT | | | | | |
| | UNITED STATES BANKRUTPCY COURT | | | | | |
| 000002 | US RECYCLING AND DISPOSAL | | | | | |
| 000016 | VERIZON WIRELESS | | | | | |
| 000009 | PFC PAINTING COMPANY | | | | | |
| 000008 | WALL-TECH SIDING | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

Exhibit 8

| | |
|---|---|
| Case No: | 08-21144 |
| Case Name: | REESE CUSTOM RESIDENCES, INC. |
| For Period Ending: | 05/31/14 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Date Filed (f) or Converted (c): | 08/12/08 (f) |
| 341(a) Meeting Date: | 10/31/08 |
| Claims Bar Date: | 03/20/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Office furniture and contents of model home | 58,250.00 | 0.00 | | 20,000.00 | FA |
| 2. REAL PROPERTY | 2,426,947.01 | 0.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT | 721.00 | 0.00 | | 0.00 | FA |
| 4. CHECKING ACCOUNT | 371.00 | 0.00 | | 0.00 | FA |
| 5. CHICAGO TITLE ESCROW ACCOUNTS | 65,084.00 | 0.00 | | 0.00 | FA |
| 6. COMPUTERS FOR COMPANY | 500.00 | 0.00 | | 0.00 | FA |
| 7. CABINETS, CUSTOM DOORS, WINE RACKS | 20,000.00 | 0.00 | | 0.00 | FA |
| 8. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 11.71 | FA |
| 9. INSURANCE REFUND (u) | Unknown | 0.00 | | 470.00 | FA |
| 10. ADVERSARY V WSB | Unknown | 0.00 | | 8,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $2,571,873.01          $0.00                    $28,481.71          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/10          Current Projected Date of Final Report (TFR): 11/30/12

FORM 2                                                                                                    Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 08-21144  -CAS |
| Case Name: | REESE CUSTOM RESIDENCES, INC. |
| | |
| Taxpayer ID No: | *******9096 |
| For Period Ending: | 05/31/14 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******1178  Checking - Non Interest |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/14/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 11,048.29 | | 11,048.29 |
| 02/15/13 | 010001 | International Sureties Ltd | Bond #016026455 | 2300-000 | | 9.89 | 11,038.40 |
| 04/26/13 | 10 | West Suburban Bank | settlement of adversary | 1241-000 | 8,000.00 | | 19,038.40 |
| | | 711 S. Meyers Rd | | | | | |
| | | Lombard IL 60148 | | | | | |
| 10/29/13 | 010002 | BRENDA PORTER HELMS, TRUSTEE | Chapter 7 Compensation/Fees | 2100-000 | | 3,598.17 | 15,440.23 |
| | | 3400 W. LAWRENCE AVENUE | | | | | |
| | | CHICAGO, IL  60625 | | | | | |
| 10/29/13 | 010003 | BRENDA PORTER HELMS, TRUSTEE | Chapter 7 Expenses | 2200-000 | | 42.24 | 15,397.99 |
| | | 3400 W. LAWRENCE AVENUE | | | | | |
| | | CHICAGO, IL  60625 | | | | | |
| 10/29/13 | 010004 | Myler Ruddy & McTavish | Attorney for Trustee Fees (Other Fi | 3210-000 | | 2,236.70 | 13,161.29 |
| 10/29/13 | 010005 | MYLER RUDDY & MCTAVISH | Attorney for Trustee Expenses (Othe | 3220-000 | | 247.08 | 12,914.21 |
| 10/29/13 | 010006 | Alan D.  Lasko & Associates, P.C. | Accountant for Trustee Fees (Other | 3410-000 | | 1,680.50 | 11,233.71 |
| 10/29/13 | 010007 | ComEd Company | Claim 000001, Payment 0.98445% | 7100-000 | | 6.11 | 11,227.60 |
| | | Bankruptcy Sec/Rev Mgmt | | | | | |
| | | 2100 Swift Drive | | | | | |
| | | Oak Brook IL 60523 | | | | | |
| * 10/29/13 | 010008 | U. S. Recycling and Disposal, LLC | Claim 000002, Payment 0.98457% | 7100-004 | | 31.90 | 11,195.70 |
| | | c/o Kurt Vragell | | | | | |
| | | 1701 E Lake Avenue Suite 170 | | | | | |
| | | Glenview IL 60025 | | | | | |
| * 10/29/13 | 010008 | U. S. Recycling and Disposal, LLC | Stop Payment Reversal | 7100-004 | | -31.90 | 11,227.60 |
| | | c/o Kurt Vragell | STOP PAY ADD SUCCESSFUL | | | | |
| | | 1701 E Lake Avenue Suite 170 | | | | | |
| | | Glenview IL 60025 | | | | | |
| 10/29/13 | 010009 | Kevin and Cathleen O'Brien | Claim 000003, Payment 0.98448% | 7100-000 | | 1,422.58 | 9,805.02 |
| | | c/o Patrick A. Clisham | | | | | |

Page Subtotals          19,048.29          9,243.27

Ver: 17.05d

FORM 2

Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 08-21144  -CAS |
| Case Name: | REESE CUSTOM RESIDENCES, INC. |
| Taxpayer ID No: | *******9096 |
| For Period Ending: | 05/31/14 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******1178  Checking - Non Interest |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | Shaw Gussis, et al. 321 N. Clark St., Suite 800 Chicago, IL 60654 | | | | | |
| 10/29/13 | 010010 | Construction Detailers Inc. 36 W 315 Barton Dr Saint Charles, IL 60175 | Claim 000005, Payment 0.98443% | 7100-000 | | 44.25 | 9,760.77 |
| * 10/29/13 | 010011 | Top Resources, Inc. c/o Michael A. O'Brien 124A South County Farm Road Wheaton, IL 60187 630-871-9400 | Claim 000006, Payment 0.98450% | 7100-004 | | 156.88 | 9,603.89 |
| * 10/29/13 | 010011 | Top Resources, Inc. c/o Michael A. O'Brien 124A South County Farm Road Wheaton, IL 60187 630-871-9400 | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 7100-004 | | -156.88 | 9,760.77 |
| 10/29/13 | 010012 | United States Bankruptcy Court IL | Claim 000007, Payment 0.98304% Its Inc 1555 Naperville/Wheaton Rd Suite 107 Naperville, IL 60563 | 7100-000 | | 2.26 | 9,758.51 |
| * 10/29/13 | 010013 | Wall-Tech Siding 43 W 414 Hawkeye Drive Elburn, IL 60119 | Claim 000008, Payment 0.98447% | 7100-003 | | 129.96 | 9,628.55 |
| * 10/29/13 | 010014 | PFC Painting Company P.O. Box 334 Waterman, IL 60556 | Claim 000009, Payment 0.98450% | 7100-003 | | 284.56 | 9,343.99 |
| 10/29/13 | 010015 | SCHAAF WINDOW CO INC ATTN JOHN D DIECK CPA CONTR 18445 THOMPSON COURT | Claim 000010, Payment 0.98449% | 7100-000 | | 480.39 | 8,863.60 |
| | | | Page Subtotals | | 0.00 | 941.42 | |

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 18)*

Ver: 17.05d

FORM 2

Page:    3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 08-21144  -CAS |
| Case Name: | REESE CUSTOM RESIDENCES, INC. |
| Taxpayer ID No: | *******9096 |
| For Period Ending: | 05/31/14 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******1178  Checking - Non Interest |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/29/13 | 010016 | TINLEY PARK, IL 60477 Floor Covering Associates of Naperville Inc 2852 W. Ogden Ave Naperville, IL 60540 | Claim 000012, Payment 0.98448% | 7100-000 | | 730.20 | 8,133.40 |
| * 10/29/13 | 010017 | Bulldog Disposal Inc. 6530 Minkler Rd Yorkville, IL 60560 | Claim 000013, Payment 0.98462% | 7100-004 | | 19.84 | 8,113.56 |
| * 10/29/13 | 010017 | Bulldog Disposal Inc. 6530 Minkler Rd Yorkville, IL 60560 | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 7100-004 | | -19.84 | 8,133.40 |
| 10/29/13 | 010018 | Key Equipment Finance Inc. 1000 S. McCaslin Blvd. Superior, CO 80027 | Claim 000014, Payment 0.98449% | 7100-000 | | 140.67 | 7,992.73 |
| 10/29/13 | 010019 | VERIZON WIRELESS PO BOX 3397 BLOOMINGTON IL 61702 | Claim 000016, Payment 0.98473% | 7100-000 | | 6.74 | 7,985.99 |
| 10/29/13 | 010020 | Plante & Moran PLLC 26300 Northwestern Hwy Ste 120 Southfield MI 48076 | Claim 000019, Payment 0.98439% | 7100-000 | | 53.48 | 7,932.51 |
| * 10/29/13 | 010021 | Chicago Title Insurance Company attn: Patrick Cohoon 14680 W Dodge Road Suite 2 Omaha, NE 68154 | Claim 000021, Payment 0.98448% | 7100-003 | | 3,860.48 | 4,072.03 |
| 10/29/13 | 010022 | Lauren Debenedictis & Christine Arnold 5N238 Prairie Lakes Blvd Saint Charles IL 60175 | Claim 000022, Payment 0.98449% | 7100-000 | | 2,524.63 | 1,547.40 |
| 10/29/13 | 010023 | Charles & Jodie Borman 3687 Heathmoor Drive Elgin IL 60124-7895 | Claim 000023, Payment 0.98449% | 7100-000 | | 998.33 | 549.07 |

Page Subtotals          0.00          8,314.53

Ver: 17.05d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 19)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   4

Exhibit 9

| Case No: | 08-21144 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | REESE CUSTOM RESIDENCES, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******1178  Checking - Non Interest |
| Taxpayer ID No: | *******9096 | | |
| For Period Ending: | 05/31/14 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/29/13 | 010024 | John McMahon<br>4N906 Prairie Lakes Blvd.<br>Saint Charles, IL 60175 | Claim 000024, Payment 0.98448% | 7100-000 | | 337.53 | 211.54 |
| 10/29/13 | 010025 | United States Bankruptcy Court<br>IL | Claim 000025, Payment 0.98264%<br>Recovery Management Systems Corporation<br>For GE Money Bank<br>dba SAM'S CLUB BRC<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | 7100-000 | | 2.92 | 208.62 |
| * 02/15/14 | 010013 | Wall-Tech Siding<br>43 W 414 Hawkeye Drive<br>Elburn, IL 60119 | Claim 000008, Payment 0.98447% | 7100-003 | | -129.96 | 338.58 |
| * 02/15/14 | 010014 | PFC Painting Company<br>P.O. Box 334<br>Waterman, IL 60556 | Claim 000009, Payment 0.98450% | 7100-003 | | -284.56 | 623.14 |
| 02/15/14 | 010026 | United States Bankruptcy Court<br>IL | Claim 000009, Payment 0.98450% | 7100-001 | | 284.56 | 338.58 |
| 02/15/14 | 010027 | United States Bankruptcy Court<br>IL | Claim 000008, Payment 0.98447% | 7100-001 | | 129.96 | 208.62 |
| 02/15/14 | 010028 | United States Bankruptcy Couirt | funds deposited with clerk | 7100-000 | | 156.88 | 51.74 |
| 02/15/14 | 010029 | United States Bankruptcy Court | Bulldog Disposal retuned check | 7100-000 | | 19.84 | 31.90 |
| 02/15/14 | 010030 | United States Bankruptcy Court | US Recycling & Disposal | 7100-000 | | 31.90 | 0.00 |
| * 03/05/14 | 010021 | Chicago Title Insurance Company<br>attn: Patrick Cohoon<br>14680 W Dodge Road Suite 2<br>Omaha, NE 68154 | Claim 000021, Payment 0.98448% | 7100-003 | | -3,860.48 | 3,860.48 |
| 03/05/14 | 010031 | Chicago Title Insurance Company<br>attn: Patrick Cohoon<br>14680 W Dodge Road Suite 2<br>Omaha, NE 68154 | Claim 000021, Payment 0.98448% | 7100-000 | | 3,860.48 | 0.00 |

Page Subtotals        0.00        549.07

Ver: 17.05d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 20)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   5

Exhibit 9

| Case No: | 08-21144  -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | REESE CUSTOM RESIDENCES, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******1178  Checking - Non Interest |
| Taxpayer ID No: | *******9096 | | |
| For Period Ending: | 05/31/14 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | |
|---|---|---|---|---|---|
| COLUMN TOTALS | | | 19,048.29 | 19,048.29 | 0.00 |
| Less:  Bank Transfers/CD's | | | 11,048.29 | 0.00 | |
| Subtotal | | | 8,000.00 | 19,048.29 | |
| Less:  Payments to Debtors | | | | 0.00 | |
| Net | | | 8,000.00 | 19,048.29 | |

FORM 2

Page: 6

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 08-21144 -CAS |
| Case Name: | REESE CUSTOM RESIDENCES, INC. |
| | |
| Taxpayer ID No: | *******9096 |
| For Period Ending: | 05/31/14 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******7763  Money Market - Interest Bearing |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/15/09 | 1 | Treasure Hunt | sale of personal property | 1129-000 | 10,000.00 | | 10,000.00 |
| 01/30/09 | 1 | West Suburban Bank | sale of furnishings | 1129-000 | 10,000.00 | | 20,000.00 |
| | | Lombard IL 60148 | | | | | |
| 01/30/09 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 20,000.03 |
| 02/06/09 | 000101 | International Sureties Ltd | trustee bond | 2300-000 | | 21.63 | 19,978.40 |
| 02/27/09 | 8 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.14 | | 19,978.54 |
| 03/31/09 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.18 | | 19,978.72 |
| 04/30/09 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.44 | | 19,979.16 |
| 05/29/09 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.51 | | 19,979.67 |
| 06/30/09 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.50 | | 19,980.17 |
| 07/31/09 | 8 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.51 | | 19,980.68 |
| 08/31/09 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.51 | | 19,981.19 |
| 09/08/09 | 000102 | American Auction Associates Inc. | auction fee | 3610-000 | | 2,000.00 | 17,981.19 |
| 09/30/09 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.46 | | 17,981.65 |
| 10/30/09 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.45 | | 17,982.10 |
| 11/30/09 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.45 | | 17,982.55 |
| 12/31/09 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.46 | | 17,983.01 |
| 01/29/10 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.45 | | 17,983.46 |
| 02/26/10 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.41 | | 17,983.87 |
| 03/06/10 | 000103 | International Sureties Ltd | bond premium | 2300-000 | | 15.27 | 17,968.60 |
| | | 701 Polydras St.  #420 | | | | | |
| | | New Orleans LA 70139 | | | | | |
| 03/31/10 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.47 | | 17,969.07 |
| 04/30/10 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.44 | | 17,969.51 |
| 05/28/10 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.45 | | 17,969.96 |
| 06/30/10 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.45 | | 17,970.41 |
| 07/30/10 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.45 | | 17,970.86 |
| 08/18/10 | 000104 | Plante Moran | accountant fees | 3410-000 | | 5,044.62 | 12,926.24 |

| | Page Subtotals | 20,007.76 | 7,081.52 | |
|---|---|---|---|---|

Ver: 17.05d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 22)*

Page:   7

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 08-21144  -CAS | |
| Case Name: | REESE CUSTOM RESIDENCES, INC. | |
| | | |
| Taxpayer ID No: | *******9096 | |
| For Period Ending: | 05/31/14 | |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******7763  Money Market - Interest Bearing |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/18/10 | 000105 | Plante Moran | accountant expenses | 3420-000 | | 5.38 | 12,920.86 |
| 08/31/10 | 9 | Associated Agencies | INSURANCE REFUND | 1229-000 | 470.00 | | 13,390.86 |
| | | 1701 Golf Road | | | | | |
| | | Rolling Meadows IL 60008 | | | | | |
| 08/31/10 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.45 | | 13,391.31 |
| 09/30/10 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.33 | | 13,391.64 |
| 10/29/10 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.34 | | 13,391.98 |
| 11/30/10 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.33 | | 13,392.31 |
| 12/31/10 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.34 | | 13,392.65 |
| 01/31/11 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.34 | | 13,392.99 |
| 02/19/11 | 000106 | International Sureties | 2011 - 2012 bond payment | 2300-000 | | 10.19 | 13,382.80 |
| | | 701 Polydras St.  #420 | | | | | |
| | | New Orleans LA 70139 | | | | | |
| 02/19/11 | 000107 | Department of Treasury | taxes | 2810-000 | | 2,197.01 | 11,185.79 |
| 02/28/11 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.10 | | 11,185.89 |
| 03/31/11 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.10 | | 11,185.99 |
| 04/29/11 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 11,186.08 |
| 05/31/11 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.10 | | 11,186.18 |
| 06/30/11 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 11,186.27 |
| 07/29/11 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 11,186.36 |
| 08/31/11 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.10 | | 11,186.46 |
| 09/30/11 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 11,186.55 |
| 10/31/11 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.10 | | 11,186.65 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 14.25 | 11,172.40 |
| 11/30/11 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 11,172.49 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 13.77 | 11,158.72 |
| 12/30/11 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 11,158.81 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 13.76 | 11,145.05 |
| 01/31/12 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.10 | | 11,145.15 |

|  | Page Subtotals | 473.27 | 2,254.36 |
|---|---|---|---|

Ver: 17.05d4

FORM 2

Page: 8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 08-21144 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | REESE CUSTOM RESIDENCES, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******7763 Money Market - Interest Bearing |
| Taxpayer ID No: | *******9096 | | |
| For Period Ending: | 05/31/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 14.62 | 11,130.53 |
| 02/29/12 | 8 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 11,130.62 |
| 02/29/12 | 000108 | Intrenational Sureties Ltd. | Trustee bond | 2300-000 | | 14.73 | 11,115.89 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 13.23 | 11,102.66 |
| 03/30/12 | 8 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 11,102.75 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 13.65 | 11,089.10 |
| 04/30/12 | 8 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 11,089.19 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 14.09 | 11,075.10 |
| 05/31/12 | 8 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 11,075.19 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 14.07 | 11,061.12 |
| 06/29/12 | 8 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 11,061.21 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 13.15 | 11,048.06 |
| 07/31/12 | 8 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 11,048.16 |
| 08/31/12 | 8 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 11,048.25 |
| 09/14/12 | 8 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.04 | | 11,048.29 |
| 09/14/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 11,048.29 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 20,481.71 | 20,481.71 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 11,048.29 | |
| Subtotal | 20,481.71 | 9,433.42 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 20,481.71 | 9,433.42 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking - Non Interest - *******1178 | 8,000.00 | 19,048.29 | 0.00 |
| Money Market - Interest Bearing - ********7763 | 20,481.71 | 9,433.42 | 0.00 |
| | ------------------------- | ------------------------- | ------------------------- |
| | 28,481.71 | 28,481.71 | 0.00 |
| | =============== | =============== | =============== |
| | (Excludes Account | (Excludes Payments | Total Funds |

| Page Subtotals | 0.68 | 11,145.83 | |

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 24)*

Ver: 17.05d

Page:    9

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 08-21144  -CAS | |
| Case Name: | REESE CUSTOM RESIDENCES, INC. | |
| | | |
| Taxpayer ID No: | *******9096 | |
| For Period Ending: | 05/31/14 | |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******7763  Money Market - Interest Bearing |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Checking - Non Interest - *******1178 | | Transfers) | To Debtors) | On Hand |
| | | | Money Market - Interest Bearing - ********7763 | | | | |

/s/    BRENDA PORTER HELMS, TRUSTEE

Trustee's Signature: _____  Date: 05/31/14
BRENDA PORTER HELMS, TRUSTEE

Page Subtotals            0.00            0.00

Ver: 17.05d